IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID CORNELSEN　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　:　　CIVIL ACTION NO. 13-4632
　　　　　　　　　　　　　　　　　　:
MODELL'S SPORTING GOODS, INC.　　:

## O R D E R

**AND NOW, TO WIT:** This __19th__ day of __June__, 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

　　　　　　　　　　　　　　　　　　**MICHAEL E. KUNZ**, Clerk of Court


　　　　　　　　　　　　　　　　**BY:**　　__/s/ Patricia Clark__
　　　　　　　　　　　　　　　　　　　　Civil Deputy Clerk to Judge McHugh

Copies EMAILED on __6/19/14__ to:

Jordan A. Schatz, Esquire
Eric J. Bronstein, Esquire
Gregory S. Voshell, Esquire